**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Randy Gean WILLIAMS, a/k/a Malik
Strong, Defendant—Appellant.**

No. 05–6514.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 14, 2005.

Decided: July 27, 2005.

Randy Gean Williams, Appellant pro se.
Laura P. Tayman, Assistant United States
Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, LUTTIG, and
MOTZ, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Randy Gean Williams seeks to appeal
the district court's order dismissing as a
successive 28 U.S.C. § 2255 (2000) motion
his Fed.R.Civ.P. 60(b) motion for reconsid-
eration of his sentence. The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000); *Reid v. Ange-*
*lone,* 369 F.3d 363, 369 (4th Cir.2004). A
certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). A prisoner satisfies
this standard by demonstrating that rea-
sonable jurists would find both that the
district court's assessment of the constitu-
tional claims is debatable or wrong and
that any dispositive procedural rulings by
the district court are also debatable or
wrong. *Miller–El v. Cockrell,* 537 U.S. 322,
336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683–84
(4th Cir.2001). We have independently re-
viewed the record and conclude that
Williams has not made the requisite show-
ing. Accordingly, we deny a certificate of
appealability and dismiss the appeal.

Additionally, we construe Williams's no-
tice of appeal and informal brief as an
application to file a second or successive
motion under 28 U.S.C. § 2255. *United*
*States v. Winestock,* 340 F.3d 200, 208 (4th
Cir.2003). In order to obtain authorization
to file a successive § 2255 motion, a pris-
oner must assert claims based on either:
(1) a new rule of constitutional law, previ-
ously unavailable, made retroactive by the
Supreme Court to cases on collateral re-
view; or (2) newly discovered evidence, not
previously discoverable by due diligence,
that would be sufficient to establish by
clear and convincing evidence that, but for
constitutional error, no reasonable factfin-
der would have found the movant guilty of
the offense. 28 U.S.C. §§ 2244(b)(2), 2255
(2000). Williams' claims do not satisfy ei-
ther of these criteria. Therefore, we deny
authorization to file a successive § 2255
motion. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED*